STATE OF NEW JERSEY v. ROBERT SANTANELLO.

June 26, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. QUINCY H. LUCARELLO.

June 26, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. GAETANO JAZUINDO.

June 26, 1979. Petition for certification denied.

HARRY W. FRY, T/A H. W. FRY REALTY CO.

v.

WILLIAM J. DOYLE.

June 26, 1979. Petitions for certification denied. (See 167 *N.J.Super.* 486)

STATE OF NEW JERSEY v. JUAN LEBRON LOPEZ.

June 26, 1979. Petition for certification denied. (See 166 *N.J.Super.* 301)

SUBSURFACE ENGINEERING v. TRULLI CONST. CO.

June 26, 1979. Petition for certification denied.